# United States Court of Appeals for the Federal Circuit

———————————

May 15, 2019

**ERRATA**

———————————

Appeal No. 2018-1106

**AVX CORPORATION,**
*Appellant*

**v.**

**PRESIDIO COMPONENTS, INC.,**
*Appellee*

Decided:  May 13, 2019
Precedential Opinion

———————————

Please make the following changes:

At page 6, line 19, "therefore" is deleted.

At page 14, line 25, "where" is changed to "in which".